IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE S. MIZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0645-CG-C |
| | ) |
| CENTURA FINANCIAL SERVICES (RBC), | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order on motion for summary judgment entered this date (Doc. 25), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, Centura Financial Services (RBC), and against plaintiff, Jane S. Mize.  Therefore, all plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**.  Costs shall be taxed against the plaintiff.

**DONE and ORDERED** this the 21st day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE